**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**BY ECF**

Christopher L. Garcia
+1 (212) 310-8896
christopher.garcia@weil.com

June 12, 2019

The Honorable Alison J. Nathan
United States District Court for the
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   *Securities and Exchange Commission v. Abraaj Investment Management Limited et al.*,
      Case No: 1:19-cv-03244-AJN

Dear Judge Nathan:

      We represent Defendant Abraaj Investment Management Limited ("AIML") in the above-captioned action. We are writing pursuant to Rule 1.D of Your Honor's Individual Practices in Civil Cases to request an extension to August 21, 2019, to answer, move, or otherwise respond to the complaint. Plaintiff, the Securities and Exchange Commission ("SEC"), filed its complaint on April 12, 2019, and attempted to effect service of the summons and complaint on AIML on May 24, 2019. If service were proper, AIML's responsive pleading would be due on June 14, 2019. AIML does not contest service of the summons and complaint.

      This is AIML's first such request, and the SEC has agreed to the extension. We respectfully request that the Court grant the extension.

Respectfully submitted,

*/s/ Christopher L. Garcia*

Christopher L. Garcia

cc:   All counsel via ECF