**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br><br>        **v.**<br><br>**ABRAAJ INVESTMENT MANAGEMENT LIMITED, and ARIF NAQVI,**<br><br>        **Defendants.** | **No. 19-cv-3244-AJN**<br><br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, upon the Declaration of Matthew L. Mazur, dated December 28, 2020; the Declaration of Arif M. Naqvi consenting to the motion to withdraw, dated December 28, 2020; and the accompanying Memorandum, Dechert LLP will move this Court, before the Honorable Alison J. Nathan, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an order, pursuant to Local Civil Rule 1.4, granting permission for Dechert LLP, including Andrew J. Levander, Hector Gonzalez, Matthew L. Mazur, and Mariel R. Bronen, to withdraw as counsel to Defendant Arif Naqvi, and for such other and further relief as this Court may deem just and proper.

Dated:          December 28, 2020                Respectfully submitted,

                                                 DECHERT LLP
                                                 1095 Avenue of the Americas
                                                 New York, NY  10036
                                                 (212) 698-3500


                                                 /s/ Matthew L. Mazur
                                                 Andrew J. Levander
                                                 Hector Gonzalez
                                                 Matthew L. Mazur
                                                 Mariel R. Bronen
                                                 andrew.levander@dechert.com
                                                 hector.gonzalez@dechert.com
                                                 matthew.mazur@dechert.com
                                                 mariel.bronen@dechert.com

                                                 *Attorneys for Defendant Arif Naqvi*