# Declaration of Matthew L. Mazur to be Filed Under Seal