UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/22

---

Securities and Exchange Commission,

Plaintiff,

—v—

Abraaj Investment Management Limited et al.,

Defendants.

19-cv-3244 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

The Court on December 3, 2019, stayed this action pending resolution of *United States v. Arif Naqvi*, No. 19-cr-233 (LAK). Dkt. No. 42. The parties are ORDERED to jointly file a status update by February 11, 2022.

SO ORDERED.

Dated: February 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge